**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**RAFAEL GALVAN, JR., aka RAFAEL GALVAN ESTRADA, dba MI SOMBRERO FRESH MEXICAN GRILL, BEVERLY DUPREY, Trustee of the BEVERLY DUPREY FAMILY TRUST, and DOES ONE through FIFTY, inclusive,**<br><br>    **Defendants.** | Case No.12-CV-1081 GEB CMK<br><br>**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT AND ADDING NEW DEFENDANT IN PLACE OF DOE ONE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint adding Defendant **FRANCISCO J. GALVAN**, in the place of DOE ONE and to identify additional barriers to access discovered at the formal site inspection, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the defendants waive notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the amended complaint.

Defendant **FRANCISCO J. GALVAN** shall be personally served with an Amended Summons, First Amended Complaint, and other initial court pleadings upon receipt by Plaintiff

of the filed amended pleadings.

**SINGLETON LAW GROUP**

Dated: September 28, 2012    /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**WELLS, SMALL, FLEHARTY & WEIL**

Dated: October 18, 2012    /s/ Mark A. Vegh
Mark A. Vegh, Attorneys for Defendant
**RAFAEL GALVAN, JR., aka RAFAEL GALVAN ESTRADA, dba MI SOMBRERO**

**NISSON, PINCIN & HILL**

Dated: October 4, 2012    /s/ Duane H. Timmons
Duane H. Timmons, Attorneys for Defendant
**BEVERLY DUPREY KIBLER, Trustee of the BEVERLY DUPREY FAMILY TRUST**

## ORDER

The Court, based upon the foregoing Stipulation, hereby orders as follows:

1. Plaintiff may file a First Amended Complaint adding Defendant FRANCISCO J. GALVAN, in the place of DOE DEFENDANT NO. ONE and to identify additional barriers to access discovered at the formal site inspection.

2. Defendant **FRANCISCO J. GALVAN** shall be personally served with an Amended Summons, First Amended Complaint, and other initial court pleadings upon receipt by Plaintiff of the filed amended pleadings.

**Date: 10/25/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge