IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,  )
　　　　　　　　　　 )　2:12-cv-01081-GEB-CMK
　　　　Plaintiff,　 )
　　　　　　　　　　 )
　　v.　　　　　　　 )　ORDER**
　　　　　　　　　　 )
RAFAEL GALVAN, JR., aka RAFAEL　)
GALVAN ESTRADA, dba MI SOMBRERO )
FRESH MEXICAN GRILL; BEVERLY 　 )
DUPREY, Trustee of the BEVERLY 　)
DUPREY FAMILY TRUST; FRANCISCO  )
J. GALVAN,*

　　　　Defendants.
_____

　　　　On October 4, 2012, Plaintiff filed an Amended Motion for Leave to File a First Amended Complaint "against Defendant[s] FRANCISCO J. GALVAN and MARIA G. JAUREGUI." (ECF No. 11, 1:23-24.) The parties then filed, and the Court signed, a Stipulation and Proposed Order permitting Plaintiff to "file a First Amended Complaint adding Defendant FRANCISCO J. GALVAN." (ECF No. 14, 1:20-21; ECF No. 16, 1:20-21.) In light of Plaintiff's pending motion, requesting leave to name two new defendants, Plaintiff was further "directed to file a document with the

---

　　* The caption has been amended to reflect the addition of Francisco J. Galvan on October 26, 2012, pursuant to the stipulation and order in ECF No. 16.

　　** This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

Court by October 31, 2012, in which he clarifies whether Plaintiff still seeks leave to name Maria G. Jauregui." (ECF No. 15.) Plaintiff subsequently filed a First Amended Complaint, naming Galvan as a defendant, but he failed to respond to the Court's direction by clarifying whether he still seeks leave to name Jauregui as a defendant. (ECF No. 17.) Given these facts, and given that Plaintiff sought leave to file a First Amended Complaint and has now filed a First Amended Complaint, Plaintiff's unopposed Amended Motion for Leave to File a First Amended Complaint is deemed withdrawn.

Dated:  November 1, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge