**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>    **Plaintiff,**<br>**v.**<br><br>**RAFAEL GALVAN, JR., aka RAFAEL GALVAN ESTRADA, dba MI SOMBRERO FRESH MEXICAN GRILL, BEVERLY DUPREY, Trustee of the BEVERLY DUPREY FAMILY TRUST, FRANCISCO J. GALVAN, and DOES TWO through FIFTY, inclusive,**<br><br>    **Defendants.** | Case No.12-CV-1081 GEB CMK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT BEVERLY DUPREY, ONLY, AND (Proposed) ORDER** |

Plaintiff MARSHALL LOSKOT and Defendant **BEVERLY DUPREY KIBLER, Trustee of the BEVERLY DUPREY FAMILY TRUST**, (collectively "the Parties"), by and through her attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into Confidential Settlement Agreements and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the Defendant **BEVERLY DUPREY KIBLER, Trustee of the BEVERLY DUPREY FAMILY TRUST,** with prejudice, pursuant to *FRCP* 41(a), each party to bear their own attorney fees and costs.

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: December 10, 2012   /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**NISSON, PINCIN & HILL**

Dated: December 10, 2012   /s/ Duane H. Timmons
Duane H. Timmons, Attorneys for Defendant
**BEVERLY DUPREY KIBLER, Trustee of the BEVERLY DUPREY FAMILY TRUST**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. In the action <u>Loskot vs. Galvan, et al.</u>, Case Number 12-CV-1081 GEB CMK, Defendant **BEVERLY DUPREY KIBLER, Trustee of the BEVERLY DUPREY FAMILY TRUST, ONLY,** is dismissed with prejudice with each party to bear their own attorney fees and costs.

DATED: 1/9/13

GARLAND E. BURRELL, JR.
SENIOR UNITED STATES DISTRICT JUDGE