IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARSHALL LOSKOT, | ) | |
| | ) | 2:12-cv-01081-GEB-CMK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| RAFAEL GALVAN, JR., aka RAFAEL GALVAN ESTRADA, dba MI SOMBRERO FRESH MEXICAN GRILL; BEVERLY DUPREY, Trustee of the BEVERLY DUPREY FAMILY TRUST; FRANCISCO J. GALVAN, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

       On January 10, 2013, Plaintiff filed a Stipulation for Entry of Judgment in Favor of Plaintiff, and Proposed Order, in which the parties "request that the Court enter a judgment in favor of Plaintiff in the sum of FIVE THOUSAND DOLLARS ($5,000)" to be paid as indicated in the stipulation. (ECF No. 21.) However, the parties have not shown justification for having judgment entered as requested. Therefore, judgment will not be entered as requested.

       Further, it appears that the action has resolved by way of a settlement agreement and should be dismissed. Therefore, no later than January 18, 2013, the parties shall file a Notice of Settlement in compliance with Local Rule 160, or a filing providing sufficient

explanation why this action should not be dismissed. Should the parties fail to timely respond to this order, the action will be dismissed.

Dated: January 11, 2013

                                               GARLAND E. BURRELL, JR.
Senior United States District Judge

explanation why this action should not be dismissed. Should the parties fail to timely respond to this order, the action will be dismissed.

Dated: January 11, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge