IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　) 2:12-cv-01081-GEB-CMK
　　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　　　) ORDER OF DISMISSAL
　　　　　　　　　　　　　　　　　　　　　　)
RAFAEL GALVAN, JR., aka RAFAEL　　　　　)
GALVAN ESTRADA, dba MI SOMBRERO　　　　　)
FRESH MEXICAN GRILL; BEVERLY　　　　　　　)
DUPREY, Trustee of the BEVERLY　　　　　　)
DUPREY FAMILY TRUST; FRANCISCO　　　　　　)
J. GALVAN,　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　　　)
_____　　　　)

　　　　　　Since it appeared that this action resolved by way of a settlement agreement and should be dismissed, an order was filed on January 14, 2013, which directed the parties "file a Notice of Settlement in compliance with Local Rule 160, or a filing providing sufficient explanation why this action should not be dismissed" no later than January 18, 2013. (ECF No. 22, 1:26-2:1.) The January 14th order notified the parties that this action would be dismissed "[s]hould [they] fail to timely respond to th[e] order . . . ." (Id. at 2:1-2.)

　　　　　　No Notice of Settlement or other writing was filed in response to the January 14, 2013 order. Therefore, this action is dismissed without prejudice.

Dated: January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1