IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,  )
                                     )    2:12-cv-01081-GEB-CMK
         Plaintiff,  )
                                     )
     v.  )    ORDER OF DISMISSAL
                                     )
RAFAEL GALVAN, JR., aka RAFAEL  )
GALVAN ESTRADA, dba MI SOMBRERO )
FRESH MEXICAN GRILL; BEVERLY  )
DUPREY, Trustee of the BEVERLY  )
DUPREY FAMILY TRUST; FRANCISCO  )
J. GALVAN,  )
                                     )
         Defendants.  )
_____)

         Since it appeared that this action resolved by way of a settlement agreement and should be dismissed, an order was filed on January 14, 2013, which directed the parties "file a Notice of Settlement in compliance with Local Rule 160, or a filing providing sufficient explanation why this action should not be dismissed" no later than January 18, 2013. (ECF No. 22, 1:26-2:1.) The January 14th order notified the parties that this action would be dismissed "[s]hould [they] fail to timely respond to th[e] order . . . ." (Id. at 2:1-2.)

         No Notice of Settlement or other writing was filed in response to the January 14, 2013 order. Therefore, this action is dismissed without prejudice.

Dated:  January 23, 2013

                                               _____
                                               GARLAND E. BURRELL, JR.
                                               Senior United States District Judge